```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 08 B 23467
   JAMES WILSON
   JESSE WILSON                                     CHAPTER 13

                                                    JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-9602     SSN XXX-XX-1778

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/04/2008 and was not confirmed.

     The case was dismissed without confirmation 12/08/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
SANTANDER CONSUMER USA     SECURED VEHIC   11484.42              .00           .00
ASSET ACCEPTANCE LLC       UNSECURED        1718.84              .00           .00
ENTERPRISE RENT A CAR      UNSECURED       NOT FILED             .00           .00
BROOKFIELD POLICE DEPT     UNSECURED       NOT FILED             .00           .00
NICOR                      UNSECURED         139.13              .00           .00
AT&T LOAN TRADE            UNSECURED       NOT FILED             .00           .00
NICOR                      UNSECURED        2369.92              .00           .00
CAVALRY PORTFOLIO SERV     UNSECURED        1372.22              .00           .00
COMMONWEALTH EDISON        UNSECURED        4488.62              .00           .00
PUBLIC SAFETY SERVICE      UNSECURED       NOT FILED             .00           .00
SUBURBAN RADIOLOGIST       UNSECURED       NOT FILED             .00           .00
FIRST BK OF DE CONTINE     UNSECURED       NOT FILED             .00           .00
PREMIER BANKCARD           UNSECURED         497.47              .00           .00
PREMIER BANKCARD           UNSECURED         404.91              .00           .00
WILL COUNTY                UNSECURED       NOT FILED             .00           .00
SPRINT                     UNSECURED       NOT FILED             .00           .00
GOOD SAMARITAN HOSPITAL    UNSECURED       NOT FILED             .00           .00
GOOD SAMARITAN HOSPITAL    UNSECURED       NOT FILED             .00           .00
MED BUSI BUR               UNSECURED       NOT FILED             .00           .00
MED BUSI BUR               UNSECURED       NOT FILED             .00           .00
ADVENTIST HINSDALE HOSPI   UNSECURED       NOT FILED             .00           .00
MED1 BURR RIDGE FAMILY P   UNSECURED       NOT FILED             .00           .00
ADVENTIST HINSDALE HOSPI   UNSECURED       NOT FILED             .00           .00
ADVENTIST HINSDALE HOSPI   UNSECURED       NOT FILED             .00           .00
EMERGENCY HEALTHCARE PHY   UNSECURED          22.89              .00           .00
EMERGENCY HEALTHCARE PHY   UNSECURED          15.27              .00           .00
COM ED                     UNSECURED       NOT FILED             .00           .00
AT&T CORP                  UNSECURED       NOT FILED             .00           .00
NICOR GAS                  UNSECURED       NOT FILED             .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED       NOT FILED             .00           .00
EMERGENCY HEALTHCARE PHY   UNSECURED         469.36              .00           .00
COMCAST                    UNSECURED       NOT FILED             .00           .00
CAVALRY PORTFOLIO SERV     UNSECURED        7906.83              .00           .00
EMERGENCY HEALTHCARE PHY   UNSECURED            .00              .00           .00
PRA RECEIVABLES MGMT       UNSECURED        1586.93              .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 23467 JAMES WILSON & JESSE WILSON
```

```
BENNIE W FERNANDEZ       DEBTOR ATTY          .00                        .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                       359.00

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                    359.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                      359.00
                         ---------------    ---------------
TOTALS                     359.00                  359.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE